AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| ORLANDO ARJONA-MARTINEZ | Case Number: 8:06-CR-113-T-24MAP |
| / | USM No:    48633-018 |

_____Dionja Dyer, AFPD_____
Defendant's Attorney

**THE DEFENDANT:**

__X__ admitted guilt to violation of conditions One, Two and Three of the terms of supervision. See below.

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | New criminal conduct, Possession of Marijuana, while on supervision in Violation of the Conditions of Supervision | May 15, 2007 |
| Two | Re-entering the United States without the express permission of the appropriate Governmental authority, after being deported. | May 15, 2007 |
| Three | Possession of a controlled substance in violation of Condition 7 of the Standard Conditions of Supervision | May 15, 2007 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: October 23rd, 2007

_____
SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Date _____October 23rd, 2007_____

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| DEFENDANT: ORLANDO ARJONA-MARTINEZ | Judgment - Page 2 of 2 |
|---|---|
| CASE NUMBER: 8:06-CR-113-T-24MAP | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *NINE (9) MONTHS.  NO TERM OF SUPERVISED RELEASE TO FOLLOW.*

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m.    p.m.    on _____.

    ___ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

 

                                            UNITED STATES MARSHAL

               By

                                            DEPUTY UNITED STATES MARSHAL